1  Eric A. Buresh (*pro hac vice* to be filed)
   eburesh@shb.com
2  Michelle L. Marriott (*pro hac vice* to be filed)
   mlmarriott@shb.com
3  Paul Hart (*pro hac vice* to be filed)
   phart@shb.com
4  **SHOOK, HARDY & BACON, L.L.P.**
   2555 Grand Boulevard
5  Kansas City, MO 64108
   Telephone: (816) 474-6550
6  Facsimile: (816) 421-5547

7  Andrew L. Chang (SBN: 222309)
   achang@shb.com
8  **SHOOK, HARDY & BACON L.L.P.**
   One Montgomery, Suite 2700
9  San Francisco, California 94104-4505
   Telephone: (415) 544-1900
10 Facsimile: (415) 391-0281

11 Attorneys for Defendants
   UBISOFT ENTERTAINMENT and
12 UBISOFT, INC.

FILED
OCT 1 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| OG INTERNATIONAL LTD. and O-GAMES, INC., | Case No.: 11-cv-4980 *DMR* |
|---|---|
| Plaintiffs, | **UBISOFT'S NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER, FOR PRELIMINARY INJUNCTION, AND FOR A BRIEFING SCHEDULE ON UBISOFT'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| UBISOFT ENTERTAINMENT and UBISOFT, INC., | |
| Defendants. | **HEARING: To Be Scheduled** |

Pursuant to Federal Rule of Civil Procedure 65, Ubisoft Entertainment and Ubisoft, Inc. (collectively, "Ubisoft") respectfully request that the Court enter a temporary restraining order to prevent OG International Ltd. and O-Games, Inc.'s (collectively, "OG") anticipated November 1, 2011 release of their *Get Up and Dance* video game in the United States, and, thereafter, a

UBISOFT'S NOTICE OF MOTION FOR TRO, FOR PRELIMINARY INJUNCTION, AND
FOR A BRIEFING SCHEDULE ON UBISOFT'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 11-CV-4980

218934

preliminary injunction. OG's *Get Up and Dance* copies, in nearly identical expression, key visual elements from Ubisoft's *Just Dance* series of video games, in violation of Ubisoft's valuable copyrights and trade dress. Because OG plans to release *Get Up and Dance* in less than three weeks – and is undoubtedly preparing for the release and nationwide distribution of Get Up and Dance even as this motion is filed – a temporary restraining order is warranted to preserve the status quo until Ubisoft's motion for preliminary injunction can be briefed and considered. *See Sony Computer Entertainment America LLC v. Hotz*, 2011 WL 347137, 1 (N.D. Cal. 2011) (issuing TRO "to prevent immediate and irreparable injury to [plaintiff] before the hearing on the . . . preliminary injunction can take place, and to preserve the status quo"). Absent a temporary restraining order and, subsequently, a preliminary injunction, *Get Up and Dance* could be, as one online review put it, "the knife in the [Just Dance] franchise before it even shows its face." http://7bitarcade.com/feature-post/get-up-and-dance-preview/.

As is set forth in detail in the accompanying Memorandum in Support of Temporary Restraining Order and Preliminary Injunction and supporting affidavits, Ubisoft will suffer immediate and irreparable injury if the Court does not enjoin OG from releasing *Get Up and Dance*. Ubisoft's copyright and trade dress rights protect at least two key visual elements that distinguish the *Just Dance* series from other dance-based video games on the market – the avatar and instructor elements:

UBISOFT'S NOTICE OF MOTION FOR TRO, FOR PRELIMINARY INJUNCTION, AND FOR A BRIEFING SCHEDULE ON UBISOFT'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 11-CV-4980

2

218934

| **Avatars from Ubisoft's *Just Dance* series of video games** |
|---|
|    |
| **Instructors from Ubisoft's *Just Dance* series of video games** |
|    |

These elements establish a recognizable brand consistency throughout the *Just Dance* series. OG's anticipated *Get Up and Dance* video game, however, illegally and improperly copies these elements and the trade dress which they comprise:

UBISOFT'S NOTICE OF MOTION FOR TRO, FOR PRELIMINARY INJUNCTION, AND
FOR A BRIEFING SCHEDULE ON UBISOFT'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 11-CV-4980

3

218934



Given that *Get Up and Dance* visually and aesthetically copies Ubisoft's *Just Dance* series, consumers are and will be confused as to whether OG's *Get Up and Dance* is actually part of the *Just Dance* series, or is a less-expensive authorized imitation. Once *Get Up and Dance* is released into the same U.S. distribution channels through which Ubisoft's *Just Dance* is sold, there will be no way to prevent Ubisoft's irreparable injury – OG's *Get Up and Dance* will be on retailers' shelves, sales will have been made, Ubisoft's customer loyalty will have been damaged, and the name recognition and popularity of Ubisoft's *Just Dance* series of video games will have been reduced. The effects will permeate the *Just Dance* franchise, and there is no way to presently calculate or quantify the resulting harm to Ubisoft.

Given the immediacy of OG's planned release of *Get Up and Dance* in less than three weeks, Ubisoft seeks a temporary restraining order to maintain the status quo and prevent irreperable harm to Ubisoft until the Court can address Ubisoft's preliminary injunction request. Once a temporary restraining order is in place to immediately prevent OG from releasing *Get Up and Dance* in the United States on November 1, Ubisoft further requests that the Court establish a

UBISOFT'S NOTICE OF MOTION FOR TRO, FOR PRELIMINARY INJUNCTION, AND
FOR A BRIEFING SCHEDULE ON UBISOFT'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 11-CV-4980

4

218934

schedule for prompt adjudication of Ubisoft's motion for preliminary injunction, including completion of briefing and a hearing if necessary. Ubisoft submits herewith proposed orders (1) entering a TRO and providing for a briefing schedule and (2) entering a preliminary injunction for the Court's consideration. This motion for temporary restraining order is not sought *ex parte* – OG already has appeared in this action, and Ubisoft is contemporaneously serving counsel for OG with a copy of this motion and the supporting memorandum.

Dated:  October 12, 2011                    Respectfully submitted,

                                                        SHOOK, HARDY & BACON L.L.P.

                                                        By: _____

                                                        Attorney for Defendants
                                                        UBISOFT ENTERTAINMENT
                                                        and UBISOFT, INC.

218934

1  schedule for prompt adjudication of Ubisoft's motion for preliminary injunction, including
2  completion of briefing and a hearing if necessary. Ubisoft submits herewith proposed orders (1)
3  entering a TRO and providing for a briefing schedule and (2) entering a preliminary injunction for
4  the Court's consideration. This motion for temporary restraining order is not sought *ex parte* – OG
5  already has appeared in this action, and Ubisoft is contemporaneously serving counsel for OG with
6  a copy of this motion and the supporting memorandum.

8  Dated: October 12, 2011                    Respectfully submitted,

9                                              SHOOK, HARDY & BACON L.L.P.

10                                             By: _____

11                                             Attorney for Defendants
12                                             UBISOFT ENTERTAINMENT
                                               and UBISOFT, INC.

UBISOFT'S NOTICE OF MOTION FOR TRO, FOR PRELIMINARY INJUNCTION, AND
FOR A BRIEFING SCHEDULE ON UBISOFT'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 11-CV-4980

5