IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OG INTERNATIONAL, LTD. ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> UBISOFT ENTERTAINMENT ET AL, <br><br> Defendants. | No. C 11-04980 CRB <br><br> **ORDER SETTING BRIEFING SCHEDULE** |

Defendants Ubisoft Entertainment and Ubisoft, Inc. ("Ubisoft") filed a Motion for Temporary Restraining Order and Preliminary Injunction on October 12, 2011. Dkt. 13. The Court sets a schedule as follows:

(1) Defendants shall provide color copies of its visual exhibits to the Court by Friday, October 14, 2011;

(2) Plaintiffs shall file a Response by close of business Monday, October 17, 2011;

(3) Any Reply shall be filed by noon on Wednesday, October 19, 2011;

(4) A hearing shall take place Friday, October 21, 2011 at 10:00 a.m. in Courtroom 6.

(5) Defendants shall serve a copy of this Order on Plaintiffs forthwith.

**IT IS SO ORDERED.**



Dated: October 13, 2011

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\4980\Order Setting Briefing Schedule.wpd