William Sloan Coats (State Bar No. 94864)
william.coats@kayescholer.com
Peter Root (State Bar No. 142348)
peter.root@kayescholer.com
Jennifer L. Co (State Bar No. 264043)
jennifer.co@kayescholer.com
Taryn Lam (State Bar No. 236124)
taryn.lam@kayescholer.com
David M. Saunders (State Bar No. 260742)
david.saunders@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 319-4500
Facsimile: (650) 319-4700

Attorneys for Plaintiffs
OG International and O-Games USA

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| OG International and O-Games USA,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>Ubisoft Entertainment S.A. and Ubisoft, Inc.<br><br>　　　　Defendants | Case No. 11-CV-4980 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A MEMORANDUM IN EXCESS OF 15 PAGES IN LENGTH (IN OPPOSITION TO DEFENDANTS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION)** |

**STIPULATION**

WHEREAS on October 12, 2011, Defendants Ubisoft Entertainment S.A. and Ubisoft Inc. (collectively, "Ubisoft"), filed a Motion for a Temporary Restraining Order and Preliminary Injunction and a 24-page Memorandum of Points and Authorities in support thereof; and

WHEREAS on October 12, 2011, this case was assigned to Judge Breyer; and

WHEREAS Judge Breyer's Standing Order provides that a Memorandum of Points and Authorities shall not exceed 15 pages in length; and

WHEREAS Ubisoft's Memorandum of Points and Authorities is in excess of the 15-page limit set forth by Judge Breyer's Standing Order; and

WHEREAS this Court ordered Plaintiffs OG International and O-Games USA (collectively, "OGI") to respond to Ubisoft's Motion by no later than the close of business on Monday, October 17, 2011; and

WHEREAS OGI desires leave to exceed the 15-page limit so that it may have a full and fair opportunity to respond to Ubisoft's Motion, which raises complex copyright and trade dress infringement issues, in addition to issues related to its request for injunctive relief; and

WHEREAS on October 17, 2011, counsel for OGI contacted counsel for Ubisoft and requested that Ubisoft stipulate to a 25-page limit on OGI's Memorandum of Points and Authorities in response to Ubisoft's Motion; and

WHEREAS counsel for Ubisoft agreed to OGI's request for a 25-page limit on OGI's response brief;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the approval of the Court, that OGI is permitted to file a Memorandum of Points and Authorities of up to 25 pages in response to Ubisoft's Motion for a Temporary Restraining Order and Preliminary Injunction.

| | | |
|---|---|---|
| 1 | Dated: October 17, 2011 | KAYE SCHOLER LLP |
| 2 | | By: /s/ *William Sloan Coats* |
| | | William Sloan Coats (State Bar No. 94864) |
| 3 | | |
| 4 | | Attorneys for Plaintiffs |
| | | OG International and O-Games USA |
| 7 | Dated: October 17, 2011 | SHOOK, HARDY & BACON LLP |
| 8 | | /s/ *Michelle L. Marriott* |
| 9 | | Michelle L. Marriott (*pro hac vice* admission pending) |
| 11 | | Attorneys for Defendants |
| | | Ubisoft Entertainment and Ubisoft, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED, this  18th  day of October, 2011.



Honorable Charles R. Breyer
District Judge

## ATTESTATION CLAUSE

I, William Sloan Coats, hereby attest in accordance with General Order No. 45.X(b) that counsel for Defendants Ubisoft Entertainment S.A. and Ubisoft Inc. has provided her concurrence with the electronic filing of the foregoing document entitled STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO FILE A MEMORANDUM IN EXCESS OF 15 PAGES IN LENGTH (IN OPPOSITION TO DEFENDANTS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINAY INJUNCTION).

Dated: October 17, 2011                        By: /s/ *William Sloan Coats*
                                                   William Sloan Coats