1 | Karen I Boyd (State Bar No. 189808)
boyd@turnerboyd.com
2 | Julie S. Turner (State Bar No. 191146)
turner@turnerboyd.com
3 | TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
4 | Mountain View, California 94040
Telephone: (650) 521-5930
5 | Facsimile: (650) 521-5931

6 | Eric A. Buresh (*admitted pro hac* vice)
eburesh@eriseip.com
7 | Michelle Marriott (*admitted pro hac vice*)
mlmarriott@eriseip.com
8 | Paul Hart (*admitted pro hac vice*)
phart@eriseip.com
9 | EriseIP, P.A.
62-1 College Boulevard, Suite 300
10 | Overland Park, KS 66211
Telephone: (913) 777-5600
11 | Facsimile: (913) 777-5601

12 |
*Attorneys for Defendants*
13 | *Ubisoft Entertainment* and
*Ubisoft, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OG INTERNATIONAL, LTD. and O-GAMES, INC., | Case No. 11-cv-04980-CRB |
| Plaintiffs, | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS UBISOFT ENTERTAINMENT AND UBISOFT, INC.** |
| vs. | |
| UBISOFT ENTERTAINMENT and UBISOFT, INC., | [~~PROPOSED~~] **ORDER** |
| Defendants. | |

**TO THE COURT, TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Ubisoft Entertainment and Ubisoft, Inc. (collectively, "Ubisoft") hereby substitutes Turner Boyd LLP in place of Shook, Hardy & Bacon

NOTICE OF SUBSTITUTION OF COUNSEL      1      CASE NO. 11-cv-04980-CRB

1   L.L.P. as its counsel of record in this action.  The contact information for new counsel is as follows:

2
         Karen I. Boyd (SBN 189808)
3        *boyd@turnerboyd.com*
         TURNER BOYD LLP
4        2570 W. El Camino Real, Suite 380
         Mountain View, California 94040
5        Telephone:  (650) 521-5930
         Facsimile:  (650) 521-5931
6
         Julie S. Turner (SBN 191146)
7        *turner@turnerboyd.com*
         TURNER BOYD LLP
8        2570 W. El Camino Real, Suite 380
         Mountain View, California 94040
9        Telephone:  (650) 521-5930
         Facsimile:  (650) 521-5931
10

11      Counsel requests that copies of all pleadings, discovery, correspondence, and other materials

12  be served upon counsel as listed above.

13

14                                                      Respectfully Submitted,

15                                                      TURNER BOYD LLP

16  Dated:   June 27, 2012                                /s/ Karen I. Boyd
                                                         Karen I. Boyd (SBN 189808)
17                                                       boyd@turnerboyd.com
                                                         Julie S. Turner (SBN 191146)
18                                                       turner@turnerboyd.com
                                                         TURNER BOYD LLP
19                                                       2570 W. El Camino Real, Suite 380
                                                         Mountain View, California 94040
20                                                       Telephone:  (650) 521-5930
                                                         Facsimile:  (650) 521-5931
21
                                                         Eric A. Buresh (*admitted pro hac* vice)
22                                                       eburesh@eriseip.com
                                                         Michelle Marriott (*admitted pro hac vice*)
23                                                       mlmarriott@eriseip.com
                                                         Paul Hart (*admitted pro hac vice*)
24                                                       phart@erise.com
                                                         EriseIP, P.A.
25                                                       6201 College Boulevard, Suite 300
                                                         Overland Park, KS 66211
26                                                       Telephone:  (913) 777-5600
                                                         Facsimile:  (913) 777-5601
27

28

Attorneys for Defendants
UBISOFT ENTERTAINMENT and
UBISOFT, INC.

## CONSENT TO SUBSTITUTION

I, Andrew L. Chang, on behalf of Shook, Hardy & Bacon L.L.P., hereby consent to this substitution.

Dated:  6/27/2012           By:    /s/ Andrew L. Chang
                                         Andrew L. Chang

**IT IS SO ORDERED:**

Dated:  June 29, 2012

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE



NOTICE OF SUBSTITUTION OF COUNSEL         3         CASE NO. 11-04980-CRB