Karen I Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Julie S. Turner (State Bar No. 191146)
turner@turnerboyd.com
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, California 94040
Telephone:  (650) 521-5930
Facsimile:  (650) 521-5931

Eric A. Buresh (*admitted pro hac* vice)
eburesh@eriseip.com
Michelle Marriott (*admitted pro hac vice*)
mlmarriott@eriseip.com
Paul Hart (*admitted pro hac vice*)
phart@eriseip.com
EriseIP, P.A.
62-1 College Boulevard, Suite 300
Overland Park, KS 66211
Telephone:  (913) 777-5600
Facsimile:  (913) 777-5601

*Attorneys for Defendants*
*Ubisoft Entertainment* and
*Ubisoft, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OG INTERNATIONAL, LTD. and O-GAMES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UBISOFT ENTERTAINMENT and UBISOFT, INC., <br><br> Defendants. | Case No. 11-cv-04980-CRB <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS UBISOFT ENTERTAINMENT AND UBISOFT, INC.** <br><br> [~~PROPOSED~~] ORDER |

**TO THE COURT, TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Ubisoft Entertainment and Ubisoft, Inc. (collectively, "Ubisoft") hereby substitutes Turner Boyd LLP in place of Shook, Hardy & Bacon

L.L.P. as its counsel of record in this action. The contact information for new counsel is as follows:

>Karen I. Boyd (SBN 189808)
>*boyd@turnerboyd.com*
>TURNER BOYD LLP
>2570 W. El Camino Real, Suite 380
>Mountain View, California 94040
>Telephone: (650) 521-5930
>Facsimile: (650) 521-5931
>
>Julie S. Turner (SBN 191146)
>*turner@turnerboyd.com*
>TURNER BOYD LLP
>2570 W. El Camino Real, Suite 380
>Mountain View, California 94040
>Telephone: (650) 521-5930
>Facsimile: (650) 521-5931

Counsel requests that copies of all pleadings, discovery, correspondence, and other materials be served upon counsel as listed above.

>Respectfully Submitted,
>
>TURNER BOYD LLP

Dated: June 27, 2012

>/s/ Karen I. Boyd
>Karen I. Boyd (SBN 189808)
>boyd@turnerboyd.com
>Julie S. Turner (SBN 191146)
>turner@turnerboyd.com
>TURNER BOYD LLP
>2570 W. El Camino Real, Suite 380
>Mountain View, California 94040
>Telephone: (650) 521-5930
>Facsimile: (650) 521-5931
>
>Eric A. Buresh (*admitted pro hac* vice)
>eburesh@eriseip.com
>Michelle Marriott (*admitted pro hac vice*)
>mlmarriott@eriseip.com
>Paul Hart (*admitted pro hac vice*)
>phart@erise.com
>EriseIP, P.A.
>6201 College Boulevard, Suite 300
>Overland Park, KS 66211
>Telephone: (913) 777-5600
>Facsimile: (913) 777-5601

Attorneys for Defendants
UBISOFT ENTERTAINMENT and
UBISOFT, INC.

### CONSENT TO SUBSTITUTION

I, Andrew L. Chang, on behalf of Shook, Hardy & Bacon L.L.P., hereby consent to this substitution.

Dated: 6/27/2012          By:  /s/ Andrew L. Chang
                               Andrew L. Chang

**IT IS SO ORDERED:**

Dated: June 29, 2012



HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE