United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OG INTERNATIONAL, LTD. ET AL.,

    Plaintiffs,

v.

UBISOFT ENTERTAINMENT ET AL.,

    Defendants.

                               /

No. C 11-04980 CRB

**ORDER SETTING AMENDMENT DEADLINE**

    This Court granted Ubisoft's motion to dismiss certain claims, but permitted Plaintiffs leave to amend. Dkt. 81. Plaintiffs shall make any such amendments by <u>5:00 p.m. on November 8, 2012</u>.

    **IT IS SO ORDERED.**

Dated: October 9, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE