**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OG INTERNATIONAL, LTD. ET AL., | No. C 11-04980 CRB |
| Plaintiffs, | **ORDER SETTING AMENDMENT DEADLINE** |
| v. | |
| UBISOFT ENTERTAINMENT ET AL., | |
| Defendants. | |

This Court granted Ubisoft's motion to dismiss certain claims, but permitted Plaintiffs leave to amend. Dkt. 81. Plaintiffs shall make any such amendments by <u>5:00 p.m. on November 8, 2012</u>.

**IT IS SO ORDERED.**

Dated: October 9, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE