# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OG INTERNATIONAL LTD. and O-GAMES, INC., | Case No.: 3:11-cv-04980-CRB |
| Plaintiffs and Counter-Defendants, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| UBISOFT ENTERTAINMENT and UBISOFT, INC., | |
| Defendants and Counter-Plaintiffs. | |

On this day, the Court considered the Stipulated Motion for Dismissal filed jointly by Plaintiffs OG International Ltd. and O-Games, Inc. and Defendants Ubisoft Entertainment and Ubisoft, Inc. The Court being of the opinion that said motion should be **GRANTED**, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that all claims and counterclaims brought in this action by Plaintiffs OG International Ltd. and O-Games, Inc. and Defendants Ubisoft Entertainment and Ubisoft, Inc. are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 25, 2013

_____
Breyer
U[IT IS SO ORDERED] Judge
Judge Charles R. Breyer

[PROPOSED] ORDER GRANTING DISMISSAL                            3:11-CV-04980-CRB