1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OG INTERNATIONAL LTD. and O-GAMES, INC.,<br><br>  Plaintiffs and Counter-Defendants,<br><br>  v.<br><br>UBISOFT ENTERTAINMENT and UBISOFT, INC.,<br><br>  Defendants and Counter-Plaintiffs. | Case No.:  3:11-cv-04980-CRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On this day, the Court considered the Stipulated Motion for Dismissal filed jointly by Plaintiffs OG International Ltd. and O-Games, Inc. and Defendants Ubisoft Entertainment and Ubisoft, Inc. The Court being of the opinion that said motion should be **GRANTED**, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that all claims and counterclaims brought in this action by Plaintiffs OG International Ltd. and O-Games, Inc. and Defendants Ubisoft Entertainment and Ubisoft, Inc. are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 25, 2013



_____
Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING DISMISSAL

3:11-CV-04980-CRB